Núm. 23.—*In re:* CARBALLEIRA, querellado.—■ ■ Noviembre 9, 1938.

Examinado el informe que antecede y atendida la recomendación del fiscal y las circunstancias del caso, se decreta el archivo definitivo de la querella a que se contrae.

El Juez Presidente Sr. Del Toro no intervino.

Núm. 154.—MONTANER, ADMOR., recurrente, *v.* COMISIÓN INDUSTRIAL, dmdada., y TIRADO, peticionaria.—■ ■ Noviembre 16, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, el recurrente no acompaña su solicitud de revisión con una copia certificada de la orden o decisión de la Comisión Industrial cuya revisión se pide;

POR TANTO, visto el artículo 11 de la Ley núm. 45 de 18 de abril de 1935 (Leyes de ese año (1), págs. 251–289), no ha lugar por ahora a la revisión solicitada.

El Juez Presidente Sr. Del Toro no intervino.

Núm. 158.—OSBORN, recurrente, *v.* COMISIÓN INDUSTRIAL, ET AL., dmdados, y DEPARTAMENTO INSTRUCCIÓN, patrono.—■ ■ Noviembre 17, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinado el escrito de la recurrente, así como la documentación con que se acompaña y apareciendo que el caso cae de lleno dentro de la doctrina establecida por esta Corte en el recurso de revisión núm. 29, *María Pérez, recurrente, v. La Comisión Industrial de Puerto Rico, etc., recurrida,* y *Ramón Montaner, etc., apelado* ante la Comisión, resuelto por este Tribunal en mayo 31, 1938 (ante, pág. 960) sin que consten motivos suficientes para una reconsideración de las cuestiones envueltas, no ha lugar a la tramitación del presente recurso.

El Juez Presidente Sr. Del Toro no intervino.